IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:23-cr-60-RAH |
| | ) | |
| SHANTANA TANEAL JONES | ) | |

## **ORDER**

The trial of Defendant Shantana Taneal Jones is set to begin on January 8, 2024. On December 19, 2023, the Government filed a Motion to Continue. (Doc. 63.)

While the grant of a continuance is left to the sound discretion of the trial judge, *United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986), the Court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

18 U.S.C. § 3161(c)(1).

The Government represents that it intends to seek a superseding indictment to amend the language of both counts at the next grand jury proceeding. The Defendant does not oppose the motion.

Accordingly, it is ORDERED that the Motion to Continue (Doc. 63) is GRANTED, and that pursuant to § 3161(h)(7), the trial of this case is CONTINUED to the criminal term of court beginning **February 5, 2024**, in Montgomery, Alabama. All deadlines,

including the plea deadline, shall be adjusted accordingly. The Magistrate Judge shall conduct a pretrial conference prior to the February 2024 term.

DONE, on this the 20th day of December 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE